| | |
|---|---|
| 1  KAREN P. HEWITT<br>   United States Attorney<br>2  CHRISTINA M. McCALL<br>   Assistant United States Attorney<br>3  California State Bar No. 234139<br>   United States Attorney's Office<br>4  Federal Office Building<br>   880 Front Street, Room 6293<br>5  San Diego, California 92101<br>   Telephone: (619) 557-6760 |  |

7  Attorneys for Plaintiff
   UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ2481 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESS(ES) AND** |
| JOSE RAMON HERRERA-CONTRERA, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | (Pre-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Christina M. McCall, Assistant United States Attorney, and defendant JOSE RAMON HERRERA-CONTRERA, by and through and with the advice and consent of defense counsel, Fred Carroll, that:

1. Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

//

//

2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to provide the signed, original plea agreement to the Government before the disposition date set by the Court.

3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or before **September 10, 2008**.

4.    The material witness, Benito Martinez-Hernandez, in this case:

    a.    Is an alien with no lawful right to enter or remain in the United States;

    b.    Entered the United States illegally on or about August 2, 2008;

    c.    Was found in a house which defendant was the primary caretaker and that defendant knew or acted in reckless disregard of the fact that he was an alien with no lawful right to enter or remain in the United States;

    d.    Was paying, or having others pay on his behalf, $1,500 to defendant or to others to be brought into the United States illegally and/or transported illegally to their destination therein;

    e.    Defendant personally demanded that Martinez-Hernandez pay him $1,500; and

    f.    The material witness may be released and remanded immediately to the Department of Homeland Security for return to his country of origin.

5.    After the material witness is ordered released by the Court pursuant to this stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a.    The stipulated facts set forth in paragraph 4 above shall be admitted as substantive evidence;

    b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Ramon Herrera-Contrera    2    08mj2481

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. _____ |
| | ) | |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| | ) | |
| v. | ) | Title 8, U.S.C., |
| | ) | Secs. 1324(a)(1)(A)(iii) and |
| JOSE RAMON HERRERA-CONTRERA, | ) | (v)(II) - Harboring Illegal Aliens |
| | ) | and Aiding and Abetting |
| Defendant. | ) | |

The United States Attorney charges:

On or about August 9, 2008, within the Southern District of California, defendant JOSE RAMON HERRERA-CONTRERA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Benito Martinez-Hernandez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a building located at 2441 Modesto Street, San Diego, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: _____.

KAREN P. HEWITT
United States Attorney

Christina M. McCall
Assistant U.S. Attorney

1 of (an) unavailable witness(es); and,

2       c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

6. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 9-4-08

CHRISTINA M. McCALL
Assistant United States Attorney

Dated: 9/4/08

FRED CARROLL
Defense Counsel for Jose Ramon Herrera-Contrera

Dated: 9/4/08

X J Ramon Herrera Contreras
JOSE RAMON HERRERA-CONTRERA
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Jose Ramon Herrera-Contrera     3     08mj2481

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

SO ORDERED,

Dated: 9/4/08

_____
United States Magistrate Judge