FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR2977-JM |
| Plaintiff, ) | |
| ) | I N F O R M A T I O N |
| v. ) | Title 8, U.S.C., |
| ) | Secs. 1324(a)(1)(A)(iii) and |
| JOSE RAMON HERRERA-CONTRERA ) | (v)(II) - Harboring Illegal Aliens |
| and JOSE FELIPE PEREZ ) | and Aiding and Abetting |
| Defendants. ) | |

The United States Attorney charges:

On or about August 9, 2008, within the Southern District of California, defendants JOSE RAMON HERRERA-CONTRERA and JOSE FELIPE PEREZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Benito Martinez-Hernandez, had come to, entered and remained in the United States in violation of law, did conceal, harbor and shield from detection such alien in a building located at 2441 Modesto Street, San Diego, California; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(II).

DATED: 9-4-08.

KAREN P. HEWITT
United States Attorney

Christina M. McCall
Assistant U.S. Attorney