

AO 455 (Rev. 5/85) Waiver of Indictment

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| Jose Ramon Herrera-Contrera | CASE NUMBER: 08CR2977-JM (01) 08MJ2481 |

I, Jose Ramon Herrera-Contrera, the above-named defendant, who is accused of committing the following offenses:

Harboring Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(iii) and (v)(II) (Felony)

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on _9/4/08_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X J Ramon Herrera Contreras
Defendant

Defense Counsel

Before _____
Judicial Officer

FILED
SEP - 4 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY